UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TERRI L. NELSON,

        Plaintiff,

  -against-            5:09-CV-0909 (LEK/GHL)

MICHAEL J. ASTRUE,
*Commissioner of Social Security,*

        Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on August 12, 2010, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 13).

Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Magistrate Judge Lowe's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 13) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's determination of no disability is **VACATED**, and the matter is **REMANDED** to the agency for further consideration; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     September 01, 2010
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge